Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE

2022 DEC 12 PM 2:0?

CHIKEZIE OTTAH

_____

Write the full name of each plaintiff or petitioner.

Case No. 22 cv 10435

ATTACH COPIES OF US PATENT
Letter re: 7/152,840 & claims.

-against-

MTA

_____

Write the full name of each defendant or respondent.

Your Hon.
THIS CASE WAS ORIGINALLY SUBTED
ON FRIDAY, DEC. 09 AND FILED TODAY DEC.
12, 2022. I AM ADDING TODAY DEC. 12 2022
THE PATENT, US PATENT 7, 152, 840
DOCUMENTS TO ALREADY FILED DOCUMENT.

Thank you for your Cooperation
IN THIS CASE

Sincerely

Ottah

12/12/22
Dated

CHIKEZIE OTTAH
Name

648 DOROTHEA LANE
Address                          City

718 581 4539
Telephone Number  (if available)

Signature

Prison Identification #  (if available)

EDMOND  11003, NY
State        Zip Code

E-mail Address  (if available)

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK.

CHIKEZIE   OTTAH

V.

M       T       A

Pro se  office

CHIKEZIE OTTAH

648 DOROTHEA LANE, NEW YORK

11003, USA

M       T       A

2 BROADWAY

NEW YORK, NEW YORK

10004

16

eddie Ottah <eddieottah@gmail.com>

To:

Chikezie Ottah

Sun, Dec 4 at 2:04 PM

MEANING OF SECURE

Dictionary

Definitions from Oxford Languages · Learn more

Search for a word

se·cure

/səˈkyo͝or/

adjective

fixed or fastened so as not to give way, become loose, or be lost.

"check to ensure that all nuts and bolts are secure"

17

US007152840B2

(12) **United States Patent**
Ottah et al.

(10) Patent No.: **US 7,152,840 B2**
(45) Date of Patent: **Dec. 26, 2006**

(54) BOOK HOLDER

(76) Inventors: **Chikezie Ottah**, 1035 Clarkson Ave.,
Apt 5a, Brooklyn, NY (US) 11212;
**Chineye Ottah**, 4th Ave #6, TransEklu,
GRA, Enugu State (NG); **Keneth
Ottah**, 4th Ave #6, TransEklu, GRA,
Enugu State (NG)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/366,779

(22) Filed: **Apr. 24, 2003**

(65) **Prior Publication Data**
US 2004/0214154 A1     Oct. 28, 2004

(51) Int. Cl.
*A47B 5/04*     (2006.01)
(52) U.S. Cl. ............................................. 248/444.1
(58) Field of Classification Search .............. 434/179,
434/308, 309, 317, 322, 365, 428, 430, 432;
248/441.1, 444, 445, 448, 449, 450, 451,
248/454, 458
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,377,230 | A | * | 5/1921 | Taylor ........................ 248/454 |
| 2,439,950 | A | * | 4/1948 | Rogers ....................... 248/447 |
| 2,627,694 | A | * | 2/1953 | Saecker ...................... 248/447 |
| 3,351,312 | A | * | 11/1967 | Ballas ....................... 248/448 |
| 3,408,032 | A | * | 10/1968 | Francis ...................... 248/450 |
| 3,497,882 | A | * | 3/1970 | Weeks ........................ 482/148 |
| 4,021,013 | A | * | 5/1977 | Wiersma ...................... 248/453 |
| 4,431,156 | A | * | 2/1984 | Mena ......................... 248/445 |
| 4,553,728 | A | * | 11/1985 | Corsello ..................... 248/452 |
| 4,591,124 | A | * | 5/1986 | Hellenbrand et al. ........ 248/447.2 |
| 4,790,506 | A | * | 12/1988 | Malinowski et al. ......... 248/441.1 |
| 4,867,407 | A | * | 9/1989 | Becker ....................... 248/444.1 |
| 5,054,736 | A | * | 10/1991 | Champoux .................... 248/444 |
| 5,059,149 | A | * | 10/1991 | Stone ......................... 446/73 |
| 5,460,102 | A | * | 10/1995 | Pasmanick .................... 108/43 |
| 5,595,489 | A | * | 1/1997 | Kwon ......................... 434/319 |
| 5,615,856 | A | * | 4/1997 | Simington .................... 248/452 |
| 5,709,365 | A | * | 1/1998 | Howard ....................... 248/454 |
| 5,755,423 | A | * | 5/1998 | Michela ...................... 248/459 |
| 5,855,329 | A | * | 1/1999 | Pagano ....................... 248/451 |
| 5,884,888 | A | * | 3/1999 | Grimes et al. .............. 248/441.1 |
| 6,045,179 | A | * | 4/2000 | Harrison ................... 297/188.2 |
| 6,064,855 | A | * | 5/2000 | Ho ........................... 434/317 |
| 6,202,973 | B1 | * | 3/2001 | Navarini et al. ............ 248/444 |

* cited by examiner

*Primary Examiner*—Kurt Fernstrom
(74) *Attorney, Agent, or Firm*—James D. Palmatier; Applied
Patent Services

(57)     **ABSTRACT**

A book holder removably attachable to a vehicle or structure
such as a stroller, walker, wheelchair or car seat for mobile
applications. The book holder for holding a book or drawing
surface in a usable position thereon for by the occupant of
the vehicle. The book holder comprising an adjustable clasp
on the vehicle, an arm extending to a book platform, the arm
providing rotational pivotal and axial adjustment to hold the
platform in spaced relation to the clasp. A plurality of spring
biased clamps on the platform to secure the book to the book
holder.

1 Claim, 4 Drawing Sheets





Fig. 1



Fig. 2



Fig. 3



Fig. 5

Fig. 4



Fig. 7

Fig. 6

Fig. 8

US 7,152,840 B2

| 1 | 2 |

# BOOK HOLDER

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a removable book holder assembly for use by a person in a protective or mobile structure such as a car seat, wheelchair, walker, or stroller. The Book holder having an adjustable, releasable clipping means and a support arm configured for axial, rotational and pivotal adjustment of the book supporting surface of the book holder to hold a book in a readable position in front of the user.

### 2. Description of the Related Art

The prior art of book holders comprises a variety of devices for supporting a book on a platform in a position for viewing or reading. A conventional book holder includes a supporting structure for supporting the book support on a table. The platform is supported by a table or other such flat structure as seen in the Michela U.S. Pat. No. 5,755,423 for a FOLDING PORTABLE SUPPORT STAND, wherein a device is disclosed comprising hinged covers folding into a support structure for holding a booking the open position on a flat horizontal surface.

The prior art also discloses structures built around the person to hold a book in useful relation such as the ADJUST-ABLE BOOK HOLDER in U.S. Pat. No. 6,202,973 to Navarin et al. In the '973 patent a structure is disclosed for holding a book in a readable position on a structure attachable to the reader's torso. The Weeks U.S. Pat. No. 3,497, 882 for SUPPORT MECHANISM FOR SUPPORTING VARIOUS DEVICES TO BE EMPLOYED IN COOPERATION WITH A HOSPITAL BED likewise discloses a support structure disposed over the bed and a book holder slidably mounted on the support structure for holding the book in reading position while the reader is lying in bed.

The Wiersma U.S. Pat. No. 4,201,013 for a BOOK HOLDING DEVICE discloses a detachable device for use on a bed to suspend a book holder from over the reader's head. The Wiersma device is clamped to a headboard of a bed using C-clamps.

The book holders disclosed in the prior art suffer from a number of disadvantages. In particular, such book holders include do not provide an adequate solution for young children or mobility limited adults. These people spend a significant amount of their time outdoors (e.g., parks, beaches, playground, theme parks, etc) and conventional book holders are primarily designed for indoor use. The book holders in the prior art lack the ease of application to a mobile vehicle such as a wheelchair or stroller to allow the reader to have mobility to explore their environment in a stationary sitting or reclining position while reading a book supported on the mobile vehicle. As a result, the learning benefits are significantly reduced.

The prior art does not accommodate easy and quick attaching the book support onto a structure for mobile use. Thus there is a need for an improved Book Holder that is quickly and easily clipped to a mobile structure such as a wheelchair or stroller for holding the book in a reading position in spaced relation to the clip.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a book holder that can be easily and removably attached to and removed from a bar or portion of the mobile vehicle without tools.

It is an object of the present invention to provide an adjustable clasp for attaching the book holder to the mobile vehicle to easily and quickly attach or detach the book holder.

It is further object of the present invention to provide an arm between the clasp and the book support platform to hold the book in spaced relation from the clip.

It is another object of the present invention to provide a pivotal attachment between the clasp and the support platform to hold the book on the support platform at a selected angle with respect to the reader for ease of viewing.

It is another object of the present invention to provide a telescoping arm between the clasp and the book support platform with respect to the clasp to position the platform in a position for ease of viewing by the reader.

It is another object of the present invention to provide a book holder having an elongate arm with a rotational adjustment to rotate the position of the support platform with respect to the clasp to a position for ease of viewing by the reader.

It is another object of the present invention to provide a clasp comprising a clip having an adjustable, resilient arm for removably attaching to a mounting structure on the mobile vehicle.

It is another object of the present invention to provide a locking means on the book holder to retain the rotational, pivotal and axial position of the support platform with respect to the clasp.

It is another object of the present invention to provide a support platform adaptable for use as a writing board.

It is another object of the present invention to provide a connector means for removably securing a book to the book holder in a reading position.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a book holder showing a first embodiment of the present invention;

FIG. 2 is a schematic view of a book holder according to a second embodiment of the present invention;

FIG. 3 is an exploded view of a book holder illustrating the square telescoping arm;

FIG. 4 is a side perspective view of the book holder of FIG. 1 illustrating an alternative clip arrangement;

FIG. 5 is a perspective view an adjustable clip;

FIG. 6 is a perspective view of a book clamp.

FIG. 7 is a perspective view of a clip arm.

FIG. 8 is a elevation view of a plurality of clip arms from FIG. 7 on the clasp for releasable attachment of the book holder to a mobile vehicle.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. 1 there is illustrated a book holder assembly 10 according to the first embodiment of present invention. The book holder 10 comprises a book platform 12 and an adjustable support arm 14 and a clasp 15. The book platform 12 includes a generally planar panel 16 having a front 18 and a rear surface 20. The front surface 18 is configured to hold a book or suitable for use as a writing/drawing board (e.g a white-board, a blackboard, an electronic board). The rear surface 20 of the book platform 12 is attached to the adjustable support arm 14 at angle suitable for reading. The book platform 12 can be integrally formed with the support arm 14 such that the support arm 14 forms a portion of the

US 7,152,840 B2

<table>
<tr><td>3</td><td>4</td></tr>
</table>

book support protrudes from the rear surface 20 of the panel 16. Preferably, though the supporting arm 14 and the book platform 12 are provided as separate items to be assembled by the user.

Mounted to the front surface 18 of panel 16 are two pairs of spring biased book clamps 22 for securing a book (not shown) to the book holder 10. The first pair of spring biased book clamps 22a, 22b is located near the top edge 24. The second pair of spring biased book clamps 22c, 22d is located near the bottom edge 26.

Continuing to refer to FIG. 1 the panel 16 may be made of plastic and the book clamps 22 made of steel covered by plastic. However, other materials such as wood, metal, etc., and combination thereof may be used in the manufacturing of the book holder assembly 10.

The arm 14 comprises a first end 23 and second end 25. The clasp 15 is on the first end 23. The second end 25 is a spaced from the first end 23. The second end 25 is adjustably attached to the book platform 12. The arm 14 includes a telescoping arrangement 32 in which an upper support portion 34 of the support arm 14 slides within a lower support portion 36 and is held at a selected position by a locking member 55 (FIG. 2). The lower support portion 36 of the support arm 14 is attached to the clasp 15. The clasp 15 comprises one or more clips 40 for removeably attaching the book holder 10 to the mobile vehicle (not shown).

The clips 40 are adjustable in shape and size to fit the shape and size of the supporting frame member on the mobile vehicle. The clips 40 comprise a pair of resilient C-shaped clip arms 42 adjustably attached to the clip 40. The first clip arm 42a is spaced from the second clip arm 42b in order to tightly retain the supporting frame member of the mobile vehicle (not shown) therebetween. To secure the book holder 10, the user forces the clip arms 42a and 42b apart to allow the frame member to slip between the clip arms 42a, 42b. The clip arms 42a, 42b then snap resiliently together to hold the book holder 10 to the frame member (not shown) of the mobile vehicle (not shown).

Referring to FIG. 2, the book holder 210 comprises a book support platform 212, a generally planar panel 216, a support arm 214 and a dual clasp 215. The support arm 214 comprises a support member 50 extending from the middle section of the panel 216, an elongate arm 52 and an adjustable angle mount 54. The angle mount 54 connects the support member 50 to the elongate arm 52 to hold the panel 216 in spaced relation to the clasp 215. The angle mount 54 comprises locking means 55 to hold the panel 216 and clasp 215 in the user selected position. The angle mount 54 allows the panel 216 to be adjusted both axially and rotationally with respect to the clasp 215. The book support 212 may be pivotally mounted (FIG. 4) to the support member 50 to allow the panel 216 to be pivoted with respect to the support member 50.

Continuing to refer to FIG. 2, the dual clasp 215 comprises a clip bar 238 and a pair of clips 240 attached to the clip bar 238. The clips 240 are spaced from each other to provide a secure attachment to the mobile vehicle (not shown). As a result, the book holder 210 of FIG. 2 is adjustable for height and rotation and pivotal angle with respect to the clasp 215.

Referring now to FIG. 3 an alternative support arm 314 comprises concentrically mounted, square tube members 60, 62. The open box-shaped male member 60 is adapted to attach to a book support platform (12, FIG. 1) on one end and slidably insert into member 62 with the other end. The male member 60 is adapted for separable, concentric interconnection with the female member 62 to form a telescoping

arrangement for axial adjustment of the spaced relational distance between the book support 312 and the female member 62. The male member 60 comprises a front portion 64a, a back portion 66a, a pair of side portions 68a and 70a, a lower portion 72a, and a top 74a. The side portions 68a and 70a of the male member 60 have holes 80a formed in a pattern therein. The top 74a is adapted to attach to the book support (12, FIG. 1). The female member 62 comprises a front portion 66b, a back portion 66b, a pair of side portions 68b and 70b, a lower portion 72b, and an open top 74b. The side portions 64b and 66b of the male member 62 have holes 80b formed therein for concentric alignment with the holes 80a in the male member 60. The lower portion 72b is adapted to attach to the clasp 15. The male member 60 fits slidably into the female member 62 such that at least one hole 80a in the side wall 64a of male member 60 is concentrically aligned with a hole 80b in the adjacent side wall 64b of the female member 62 at a predetermined position to axially space the clasp 15 from the book support (12, FIG. 1). The user then fixes the male member 60 to the female member 62 by connector means (not shown).

FIG. 4 illustrates a book holder 410 comprising a book support 412 and a support arm 414. The support arm 414 comprises a clasp 15, a lower section 73 and an upper section 75. The clasp 15 comprises an adjustable clip 70 mounted on the lower section 73. The adjustable clip 70 is rotatable with respect to the arm 414 to removably attach the book holder 410 to a vertical or horizontal object (eg, a pole) (not shown) on the mobile vehicle. The arm connector 415 rotateably and slidably attaches the lower section 73 of the supporting arm 414 to the upper section 75. The upper section 75 has pivotal connector 420 (FIG. 4) on the book support 412. The clip 70 has adjustable clip arms 74a, 74b to allow different sizes of objects to be attached to the book holder 410. The position of the clip arms 74a, 74b along the clip body 78 can be selectively fixed by a screw 415.

Referring to FIG. 5, the clasp 15 includes a clip body 101 and a pair of clips arms 74a, 74b extending from the clip body 101. The clip 70 comprises a clip head 79 having a plurality of holes 77 fastener. The clip arms 74a, 74b are mounted on the clip head 79 in spaced relation to securely and removably attach the book holder 410 (FIG. 4) to the mobile vehicle (not shown). The body 101 of the clip 70 may have a plurality of holes 91 formed therein in spaced relation to each other for adjustable connection of the clip 70 to the arm 414 (FIG. 4). Each clip arm is attached to the clip body in one of several selectable positions along said clip body. Preferably, the clip 70 includes a clip body 101 on the arm 414, a clip head 79 on the clip body 101 and a plurality of clip arms 74a, 74b removably attached to the clip head 79. A screw 415 or other fastener is removeably attached to the clip head 79 for selectively fixing the position of said clip arm along said clip body. The clip means may alternatively be a spring clip or include at least one resilient clip arm.

Referring to FIG. 6 the clip 70 is shown with two sets of clip arms 74a, 74b Each clip arm 74a and 74b is attached by fastener 81 which may be removable such as a screw. The arms 74 are thereby adjustably spaced from each other to adapt to resiliently clasping onto a mounting portion of the mobile vehicle (not shown).

Referring to FIG. 7 a clip arm 74 is shown comprising a flex section 103, a base 102 and a tip 107. The base 102 has one or more holes 109 formed therein for aligning with a hole on the clip head 79 to accommodate attaching the clip arm 74a to the clip head 79 by screw, rivet or other mechanical fastener 81. The clip arms 74a, 74b are attached to the clip head 79 in a C relation (FIG. 6) to form adjustable

US 7,152,840 B2

5

clasp 15. The flex section 103 allows the tip 107 to deflect from its rest position to accommodate the portion of the vehicle to be attached to be disposed between the clip arms 74a, 74b. The resilient material of the lip arms 74a, 74b urges the tip 107 back to the rest position causing the clip arm 74a, 74b to bear against the vehicle to removably attach the book holder 10 to the vehicle (not shown). Tip 107 may also have holes 109 formed therein for alternate configurations on head 79 (FIG. 6) or alternate attachment methods.

Referring to FIG. 8, a book clamp 22 comprising a body 108, a spring 120 and a slidable grip 122. The slidable grip 122 is slidably mounted to the body 108. The spring 120 has a first end 124 on the body 108 and a second end 126 on the grip 122 to urge the grip in the clamped position 127. The book clamp 22 is mounted to the panel 16 having the grip 122 extending from the front surface 18 for engaging a book or other device to be retained on the book holder 10. The spring 129 and slidable attachment between the grip 122 and the clamp body 108 allow the grip to be moved into position to engage the book with the finger portion 128 of the grip 122. The spring 120 bears against the grip 122 to hold the book against the front surface 18 thereby securing the book (not shown) to the book holder 10.

In use, the book holder 10 is attached to the vehicle (not shown) by use of the clasp 15. The clasp 15 is rotationally adjusted on the support structure on the vehicle to begin the book holder 10 adjustment to a usable position. The telescoping mechanism in the arm 14 is used to axially adjust the spacing between the clasp 15 and the support platform 12. The rotational coupling between the first end of the arm 14 and the second end of the arm 14 is used to rotate the support platform around the axis of the arm 14 to an operable position. Lastly, the pivotal connection 420 (FIG. 4) between the arm 14 and the support platform 12.

The book platform 12 may also be used to support such items as audio/video equipment, PDAs, or mobile phones, cameras, computers, musical instruments, toys, puzzles and games. The panel 16 may be provided with a set of mounting positions for receiving and/or mounting the above items (NOT SHOWN).

6

Although the invention has been described above in connection with particular embodiments and examples, it will be appreciated by those skilled in the art that the invention is not necessarily so limited, and that numerous other embodiments, examples, uses, modifications and departures from the embodiments, examples and uses are intended to be encompassed by the claims attached hereto. The entire disclosure of each patent and publication cited herein is incorporated by reference, as if each such patent or publication were individually incorporated by reference herein.

We claim:

1. A book holder for removable attachment, the book holder comprising:

a book support platform, the book support platform comprising a front surface, a rear surface and a plurality of clamps, the front surface adapted for supporting a book, the plurality of clamps disposed on the front surface to engage and retain the book to the book support platform, the rear surface separated from the front surface;

a clasp comprising a clip head, a clip body and a pair of resilient clip arms, the clip arms adjustably mounted on the clip head, the clip head attached to the clip body; and

an arm comprising a first end and a second end and a telescoping arrangement, the clasp on the first end, the second end pivotally attached to the book support platform, the telescoping arrangement interconnecting the first end tob the second end, the clasp spaced from the book support platform wherein the book holder is removably attached and adjusted to a reading position by the telescoping arrangement axially adjusting the spaced relation between the book support platform and the clasp and the pivotal connection on the book support platform pivotally adjusting the front surface with respect to the arm.

* * * * *

We Claim
A book holder for removably attachment , the book holder comprising:

a book support platform, the book support platform comprising, a front surface, a rear surface, and a plurality of clamps, the front surface adapted for supporting a book, the plurality of clamps disposed on the front surface to engage and retain the book to the book support platform, the rear surface separated from the front surface:

A clasp comprising a clip head, a clip body and a pair of resilient clip arms, the clip arms adjustable mounted on the clip head, the clip head attached to the clip by: and

an arm comprising a first end and a second end and a telescoping arrangement, the clasp on the first end, second end pivotally attached to the book support platform, the telescoping arrangement interconnecting the first end to the second end, the clasp spaced from the book support platform wherein the book holder is removably attached and adjusted to a reading position by telescopic arrangements axially adjusting the space relation between the support platform and clasp and the pivotal connection on the book support platform pivotally adjusting the front surface with respect to the arm.

o Preclude one should look into the governing rules, what is the governing rules said, according to the Appeals court of Hon. Judge Newman state that the claim relevant to the invention the word adaptable platform be constructed.

DISPUT ARISING.CAN BE CLOSED.
Here the defendant said they relied on line of cases which concluded that US Patent 840 can not legally claim technology, see the defendant motion to dismiss, at page 18, the defendant did not dispute the word adaptable support platform or adaptable platform. The defendant did not dispute the drawing of Fig. 4, which context was translated for an alternative view of US Patent 7,152 840, like the adaptable platform or adaptable support platform the relevant claim word that reveal technology to the invention is Connector and interconnector .

During prosecution I informed the examiner all the elements and claimed technologies ( audio and video equipment) has been found and would be writing in the specification. The audiovisual and equipment named connector and interconnector in Fig.4, added audio video equipment, cell phone, laptop, camera, in the claim section, The same connector and interconnector comprises audio/video and equipment's, cellphone, phone, television, computer, camera, radio , laptop and cable, screw, cock screw, bolt, base.

FUNCTIONING
in the claim, it was connecting or interconnecting, the base to the vehicle base, the base interconnecting the arms, interconnecting hard ware in the pivotal section, adjustable connection to the platform, the laptop connected to cables and hard ware secure to read and write in the laptop. This was collaborated in writing and picture by dictionary and others.

FURTHER

**United States District Court of New York**
**Southern District of New York.**
**BACKGROUND  Reply for Rr**

A case from United States Court of appeals Federal Circuit.  Docket Number 2017 1842,
A case from Southern District of New York,  case number 15 CV 02465, 230F, Supp.3d.192,
dismissed some claims claims and entered summary Judgment of non infringement on remaining
claims. Patentee appealed.

The Court of appeals,  ,Newman held that
1. Collateral estoppel and stare decisis required that the construction of the term removable
attach, or mounting, telescoping,  arrangement,  or or front surface , adapted platform form prior
suit govern in subsequent action


2. The book holder claimed by patent could not plausible be constructed to include or the
equivalent of  camera
Prosecution History estoppel as limitation or subject  matter surrendered to abstain patent cannot
be recaptured by doctrine of equivalent.
Your Hon. The law require construction of the claim term adapted/adaptable , claim construction
require 1st to understand the meaning of the word, the claimed word is adaptable, and it means
Computer and equipment

Although the invention has been described above described above in connection with particular
embodiment and examples, it will be appreciated by those skilled in the art that the inventions is
not necessarily so limited and that numerous other embodiments, example, uses, modifications
and departures from the embodiments, example and uses are intended to be encompassed by the
claims attached hereto. The entire disclosure of each patent and publication cited herein is
incorporated by reference,  as if each such patent or publication were individually incorporated by
reference herein.

The applicant submits that the invention is not anticipated by the prior arts ,Furthermore the use
of adjustable resilient on the clasp for clasping the book holder without  tools,  axial adjustment
for adjusting the space between the clasp and the book support , rotational adjustment on the arm
between the clasp and the book support, pivotal adjustments between the clasp and the book
support for is not obvious in the not obvious in the light of priories obvious in the light of prior
arts.

Relevant to adjustment and arrangement of tools/ history of Prosecution estoppel From summary
of invention
It is another object of the present invention to provide a clasp comprising a clip having an
adjustable resilient arm for removably attached to a mounting structure on the mobile vehicle.



Relevant to the technology and book,  modification/adjustable of equipment.
It is another object of present invention to provide a support platform adaptable for use as a
writing board.

Relevant to adjustably tool, and Modification of technology and equipment's
It is another object of the present invention to provide a connector means for removably securing
a book to the book holder in a reading position

Brief Description  of the drawing

On Wed, Sep 28, 2022, 10:59 AM Ulmer Park Branch <BPLScans@bklynlibrary.org> wrote:

Although the invention has been described above described above in connection with particular embodiment and examples,it will be appreciated by those skilled in the art that the inventionis is not necessarily so limited and that numerous other embodiments,example, uses, modifications  and departures from the embodiments, example and uses are intended to be encompassed by the claims attached hereto. The entire disclosure of each patent and publication cited herein is incorporated by reference,  as if each such patent or publication were individually incorporated by reference herein.

The applicant submits that the invention is not anticipated by the prior arts ,Furthermore the use of adjustable resilient on the clasp for clasping the book holder without  tools,  axial adjustment for adjusting the space between the clasp and the book support , rotational adjustment on the arm between the clasp and the book support, pivotal adjustments between the clasp and the book support for is not obvious in the not obvious in the light of prioris obvious in the light of prior arts.

Relevant to adjustment and arrangement of tools/ history of Proscution estoppel From summary of invention
It is another object of the present invention to provide a clasp comprising a clip having an adjustable resilient arm for removably attached to a mounting structure on the mobile vehicle.

Relevant to the technology and book,  modification/adjustable of equipment.
It is another object of present invention to provide a support platform adaptable for use as a writing board.

Relevant to adjustably tool, and Modification of technology and equipments
It is another object of the present invention to provide a connector means for removably securing  a book to the book holder in a reading position

Your Hon. The defendant is blindside to only one function of an adjustable resilient clip/arm. Let me approach the term adjustable resilient clip from another view., the summary of invention States "it is another object of the present invention to provide a clasp comprising a clip having an adjustable resilient arm for removably attached to a mounting structure on the mobile vehicle. " with clarity, no ambiguity, or informalities the summary of invention States to provide a clasp comprising a clip/scew/cable having this adjustable resilient tools to assemble or secure the book holder.

The Term Adjustable resilient Clip. See, Fig. 4,. Brief description of drawing,
Fig.4, is a side perspective  view  of the book holder of Fig. 1, illustrating an alternative clip arrangement.  The defendant can stop been willingfully  blind.

Fig. 4, illustrates a book holder410 comprising a book support 412 and a support arm 414. The support arm414 comprises a clasp 15 , lower  section 73 and an upper section 75, the clasp comprises an adjustable  clip 70 mount on the lower  section 73, the adjustable is rotatable with respect to the arm 414 to removably attach  the book bolder 410 to a vertical or horizontal  object( eg. Pole not shown) on the mobile vehicle.  The arm connector 415 rotatable  and slidably attached the lower section 73 of the supporting  arm414 to the upper  75, the upper section 75  has pivotal connector  420 on the (Fig. 4) book support 412. The clip  70 has adjustable clip arms to allow different  sizes of objects to be attached to the book holder 410. The position of the clip arm  74a, 74b along the clip body 78 can be selectively fixed by a screw  415.

United States District Court of New York
Southern District of New York.
BACKGROUND  Reply for Rr

A case from United States Court of appeals Federal Circuit.  Docket Number 2017 1842,
A case from Southern District of New York, case number 15 CV 02465, 230F, Supp.3d.192, dismissed
some claims claims and entered summary Judgment of non- infringement on remaining claims. Patentee
appealed.

The Court of appeals, Newman held that
1. Collateral estoppel and stare decisis required that the construction of the term removable attach, or
mounting, telescoping, arrangement, or front surface , adapted platform form prior suit govern in
subsequent action

2. The book holder claimed by patent could not plausible be constructed to include or the equivalent
of camera
Prosecution History estoppel as limitation or subject matter surrendered to abstain patent cannot be
recaptured by doctrine of equivalent.
Your Hon. The law requires construction of the claim term adapted/adaptable, claim construction require
1st to understand the meaning of the word, the claimed word is adaptable, and it means Computer and
equipment. A reincation of the claims.

## ALL THE COURTS IN SDNY AND THE APPEALS COURT ACCEPTED THE CLAIMED WORDS OF PATENT 840 AS COMMON AND UNDERSTANDABLE. NO DISPUT ON THE TERMS AND MEANING OF THE UNDERLINED WORD

US PATENT 7,152.840
WE CLAIM
A book holder for removable attachment,
the book holder comprising:
a book support platform, the book support
platform comprising a front surface, a
rear surface and a plurality of clamps,
the front surface adapted for supporting
a book, the plurality of clamps disposed
on the front surface to engage and retain
the book to the book support platform,
the rear surface separated from the front
surface:
a clasp comprising a clip head, a clip body
and a pair of resilient clip arms, the clip
arms adjustably mounted on the clip
head, the clip head attached to the clip
body; and
an arm comprising a first end and a second
end and a telescoping arrangement, the

clasp on the first end, the second end
pivotally attached to the book support
platform, the telescoping arrangement
<u>interconnecting</u> the first end tob [sic]
the second end, the clasp spaced from
the book support platform wherein
the book holder is removably attached
and <u>adjusted</u> to a reading position
by the telescoping arrangement axially
adjusting the spaced relation between
the book support platform and the clasp
and the pivotal <u>connection</u> on the book
support <u>platformpivotally adjusting</u> the
front surface with respect to the arm

Ottah v. First Mobile Technologies, Not Reported in F.Supp.2d (2011)
© 2021 Thomson Reuters. No claim to original U.S. Government

1

**ELEARIER DISCLOSED CLAIM. US PUBL. US 10/366,840**

**I ChineyeOttah and Kon Woryz Corporation are claiming priority with**

**noon-start as a head start product and a book holder targeted to**

**structures use mostly by children.**

**"Noon-start is the first head start product on children strollers, carriage,**

**bed, chairs, and on the floor that help mold the kids reading, writing,**

**singing, and playing habits.**

**The product give the kids advantages  in learning because noon- start can**

**be use by kids in any <u>environment</u>, at the <u>bus stop</u>. <u>Train</u>, at the park<u>, at</u>**

**<u>the beach, restaurant, at school, and at hoom. Reading writing, singing,</u>**

**<u>and playing with book and or AUDIO EQUIMENTS.</u>**

**Noon-start is a <u>book holder"</u>  <u>Book holder is a conjunctive</u>**

1. A book holder having clip means for clipping Said book holder onto an object.

2. A book holder according to claim 1 wherein Said book holder includes a book Support platform and a Supporting Structure, Said Supporting Structure being coupled to Said book Support platform, Said clip means being coupled to Said Supporting structure.35

3. A book holder assembly according to claim 2 further including rotatable coupling means between the book Sup port platform to be set at a Selected angle.

4. A book holder according to claim 2 wherein Said Supporting Structure is 36 coupled to a middle portion of Said See the publication number US 20040214154A1, Oct. 28, page 3,

book Support platform, Stroller, walker or children carriages.

5. A book holder according to claim 2 where in said Supporting structure includes a telescoping member.

6. A book holder according to claim 3 wherein a first end of said telescoping 37 member is attached to the book Support platform So that it is capable of Supporting the book Support platform, and Said clip means are attached to a Second end of Said telescoping member.

7. A book holder according to claim 4 wherein said Supporting Structure includes a telescoping member which is adjustable to vary the position of the book Support platform relative to a base of Said telescoping member.

8. A book holder according to claim 1 further including an

elongate arm having a first end and Second end, Said 39 clip

means being mounted to Said first end, Said Second end being attached to Said telescoping member for adjusting the position of the book Support platform relative to Said clip means.

9. A book holder assembly to claim 5 wherein <u>said audio</u>

or telescoping 40 member includes a first and Second open box-shaped units, being <u>Slidably</u> mounted to Said Second unit in one of Several Selectable positions, and wherein Said <u>clip</u> means are mounted to Said Second unit.

10. A book holder assembly according to 41 claim 1

wherein Said <u>clip</u> means are <u>adjustable.</u>

11. A book holder assembly according to claim 4 wherein

Said clip means include <u>a clip body</u>, and a pair of <u>clip</u>

extending from Said <u>clip body</u>, each Said <u>clip</u> arm being <u>fixed</u>

to Said <u>clip body</u> in 42 one of Several <u>Selectable</u> positions along Said <u>clip body</u>.

12. A book holder according to claim 9 wherein said <u>clip</u>

means includes <u>a clip body</u> having a set of <u>mounting positions</u> for <u>mounting a clip arm,</u> and a <u>Screw threaded into</u>

<u>said clip body for selectively 43 fixing the position of said</u>

<u>clip arm along Said clip body.</u>

13. A book holder assembly according to claim 1 wherein

Said clip means is a Spring clamp.

14. A book holder assembly according to 44 claim 1

wherein Said clip means is a Spring clip.

15. A book holder according to claim 1 wherein said

means includes at least one <u>resilient clip</u> arm.

16. A book holder assembly according to claim 1 wherein

Said clip means is a type clamp. 45

16. A book holder assembly according to claim 1 wherein

book Support further includes platform clamp means for

removable Securing a book to Said platform Support.

17. Abook holder assembly cited in claim 17 wherein said

clamp means are adjustable 46

18. Claiming priority as a book holder cited in claim 3

19. A book holder assembly according to claim 17

wherein Said book Support platform includes a Set of mount

ing positions for mounting Said clamp means.

20. A book holder assembly according to claim 2 wherein

Said book Support platform include a portion <u>adapted</u> to be

2

used as <u>a writing board</u>. 47

21. A book holder assembly according to claim 2 wherein

Said book Support platform includes a Set of mounting positions for receiving and/or mounting an item. A holder

having connector means for removably Securing Said book

to an object. 48

22. A book according to claim 1 having clip means for

clipping Said book onto an object, or a board.

23. A book holder assembly including a book holder

according to claim 1 and a book holder according to claim

21.

24. A book holder according to claim 549 wherein an

element of Said telescoping or <u>audio memb</u>er and Said book

<u>Support platform</u> are of <u>unitary</u> construction.

25. A book holder according to claim 1 wherein an

element of Said telescoping 50 member and Said clip means

are of unitary construction.

26. A book holder assembly according to claim 1 wherein

Said book Support platform and Said Supporting Structure 51

are made of a material Selected from the group consisting of

plastic, leather, leatherette, form, paper, wood, and metal. A

book holder being substantially as herein described with

reference to the samples, but not limited by an artistic 52

27. A book holder cited in claim 1 said <u>clip</u> means **<u>a bolt</u>**

type clamps.

28. A book holder cited in claim 26 wherein said leaf-lets

or excise leafs are made from plastic.

29. A book holder cited in claim 8 wherein the open box

shaped member are inter connected to form a Stack, or a

three dimensional Structure.

30. A book holder according to claims 1-20 wherein said

object is an open box shaped member.

31. A book holder being substantially as herein described

with reference to the drawings.

SUBTANTIALLY THE SAME

Your Hon, the same tools and technology is claimed in US patent 7,152,840, see the words with underscore lines, example <u>Adapted or adaptable, Adjustable,  connector, interconnector, l rely on the dictionary meanings</u>

Your Hon. The defendant claim that US Patent 840 could not plausible cover electronic, above is an undisputable proof or facts that US Patent See the publication number US 20040214154A1, Oct. 287,152,840 cover electronic but it also cover equipment and tools, please see claims number 9, 10, 11,12, 13, 14.16, 17, 20, 24

The claim of the electronics follows a standard of Supreme Court, substantially the same,

See the claim of technology in the earlier disclosure, publication number 10.366,779, date of publication 02.19.2003, page 2, paragraph 3.it state " The product give the kid advantages in learning because noon start can be use by kids in any environment, at the bus, train, at the park, at the beach, rest rant,, at school, and at home,. Reading,writing, singing, and playing with books and or audio equipment. Noon start is a book holder.

Your Hon.This is where the title book holder began, a book holder is a conjunctive word for the book and electronics, to all of the above.

COSMIN MERIR THE AUTHOR OF PROSECUTION HISTORY ESTOPPEL mislead the court

The applicant submits that the invention is not anticipate by the prior arts, further the use of adjustable , resilient clip arm on the clasp for clasping the book holder

on a movable vehicle provide quick removal and attachment without tools, axial adjustment for adjusting the space between the clasp and the book support, rotational adjustment on the arm between the clasp and the book support, pivotal adjustments between the arm and the book support for is not obvious in the light of prior art. As described above, the resilient clipis designed to perform all forms of function, the adjustability is mention above give the product fixability to use a plain drilling screw and screwdriver or use a combination of screw and screwdriver, or cork grove, or cork screwdriver, etc, see the meaning of the word adaptor adapted or adaptable. Please see the summary of the invention, page 2, paragraph 6, US Patent 840 it state, it is another object of the present to provide a clasp comprising a clip having an adjustable, resilient clip for removably attaching to a mounting structure on the mobile vehicle. Please see the claim, Page 6, paragraph 2, US Patent 840,  a clasp comprising a clip head, a clip body

and a pair of resilient clip arms, the cliparms adjustably mounted on the clip head, the clip head attached to the clipbody; and

ADAPT: also brought to light, that computer programs  ( laptop) can be adaptable to individual use,

ADAPT: state that resilient clip is tool that combine two tools into one, example cork grove sliding, or cork and cork screwdriving, hole, screw, screwdriver. Cable with copper tip, example power cable, laptop and or laptop ports, wire etc.

This is repeated in all the claims from disclosure claimed audio and equipment to publication ,US 20040214154A1, Oct. 28, claim number 9, 10, 11,12,17,20, and 24 claimed in US patent 7,152,840. The word adaptable, connector, interconnect, and resilient clip a claim for infringement is stated and I rely on the above fact to request the court to lift the bar on equivalent and remove all the restriction caused by Mr. cosmin misleading stopple. Reject the uncontroverted evidence that only the defendant electronic can be mounted with tools (id at197) .

A claim for relief  that is plausible.

According to the specification, all the many mention and context of technology was rooted in the history of prosecution, I request permission from USPTO to transfer test of claimed technology and shown in the attached drawing of number 4. And written in claim, and shown now on number 5.

The claim has the words shown in the specification and the meaning is the same please the attached dictionary means and the process.

The defendant is guilty, violation of 35 USC 271. Please your hon. You can OVERTURN the previous defendant claims.