AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
SDNY PRO SE OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

2023 JAN 18 AM 10: 07

)
CHIKEZIE OTIAH )
_____ )
Plaintiff(s) )
v. ) Civil Action No.
)
M T A ) 22 CV 10435
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
M T A  2 Broadway Manhattan, N.Y. N.Y. 10004 U.S.A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2022                    D. Shaw
                                    *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

# Proof of delivery

CHIKEZIE OTTAH

V.                                    22   CV 10435

M    T    A

COMPLAIN DOCUMENT/ CLAIMS OF THE INVENTION

LITERAL AND OR DOCTRINE OF EQUIVALENT

Pro se office

| | |
|---|---|
| CHIKEZIE OTTAH | M    T    A |
| 648 DOROTHEA LANE, NEW YORK | 2 BROADWAY |
| 11003, USA | NEW YORK, NEW YORK |
| | 10004 |

I chikezie Ottah delivered the court summon to the defendant, MTA on Thursday 12/22/2022, the express mail has been confirm by USPS as believed to the above named address shown above. confirmation is E1575722102US.

Sincerely

*Ottah*

CHIKEZIE OTTAH

18

CHIKEZIE OTAH
648 DOROTHEA LANE,
Elmont, N.Y. 11003, USA

United States District Court for the Southern
District of New York
500 Pearl Street, Manhattan
New York, New York, 10007, USA

Attn: Pro Se
Office.

RECEIVED
SDNY PRO SE OFFICE
2023 JAN 18 AM 9:40

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY
11224
JAN 12, 23
AMOUNT
$4.00
R2303S103440-1

CERTIFIED MAIL