United States District Court, for the Southern
District of New York


PLAINTIFF          Chikezie Ottah


        V                          22 CV 10435


Defendant          MTA; 2 Broadway, NY, NY 10004
          Yaur Hon.

I respectfully state my name as Kenneth Ottah
I respectfully state my name as chinyene Ottah
We are co-owner of the US patent 7,152,840
we respectful submit this affidavit as a fact, that we
have given Chikezie Ottah unilateral right to sue the
accused product (s) of the defendant, M T A, that
we have with drawn our rights to sue the defendant
in the same matter in the future. (Rule 19 and 20 to
prevent multiple law suits.) that we depose to this
affidavit conscientiously and in good faith, believing
in the laws of United States of America

Kenneth Ottah



Chiineye Ottah



                              chikezie Ottah
                              resperfully

ESTHER L. YOU
Notary Public - State of New York
No. 01YO6444330
Qualified in _KINGS_ County
My Commission Expires NOV 28 2026