UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF NEW YORK.

JUDGE
TO FURMAN.

# Proof of delivery

### ORDER TO SHOW CAUSE

CHIKEZIE  OTTAH

V.                                        22    CV 10435

M       T       A

COMPLAIN DOCUMENT/ CLAIMS OF THE INVENTION

LITERAL AND OR DOCTRINE OF EQUIVALENT

Pro se  office

| | |
|---|---|
| CHIKEZIE OTTAH | M       T       A |
| 648 DOROTHEA LANE, NEW YORK | 2 BROADWAY |
| 11003, USA | NEW YORK, NEW YORK |
| | 10004 |

I chikezie Ottah delivered the court summon to the defendant , MTA on Thursday 12/22/2022, the express mail has been confirm by USPS as believed to the above named address shown above . confirmation is E1575722102US.

You Hon. I swear in the law of United States Of America that the tracking number shown above is correct, and it is supported by two receipts from USPS with dates on the bought and a verification date 02/01/2023. Your Hon. The express mail envelop was marked, LEGAL MATTER.

I thank the court for understanding that I am a Pro Se, and directing me to a legal civic center, I have employed the knowledge of that legal group, some of the lawyer there has became my friends, they have shown frustration on the court decisions, like court baseless stand on prosecution stopple, some of has resign claiming that the court can not point out any prior art with smart tools software. Some of

19

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

CHIKEZIE OTTAH
_____
Plaintiff(s)

v.

M T A
_____
Defendant(s)

Civil Action No. 22 CV 10435

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MTA 2 Broadway Manhattan, N Y NY 10004 U.S.A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2022        D Shaw

EI 575 722 102 US

CONEY ISLAND
Unit #: 3508080313     ZIP Code: 11224

Date: 02/01/2023  12:34 PM

Tracking Status
Business Date: 02/01/2023

Tracking Number
EI575722102US

Destination and Origin
Destination
ZIP Code: 10004-2207
City: NEW YORK
State: NY
Origin
ZIP Code: 11224-9997
City: BROOKLYN
State: NY

Tracking Number Classification
Class/Service: Priority Mail Express PO-Add
Class of Mail Code/Description: EX

Origin/Return/Pickup Address Info
Address:
City:
State:     ZIP Code: 11224-9997

Payment
Payment Type: 08
Payment Account Number: 000000000000
Postage: 27.90
Weight: 0 lb (s) 12.00 oz (s)
Rate Indicator: PRIORITY MAIL EXPRESS FLAT RATE POST OFFICE TO ADDRESSEE

Extra Services Details

Description: Priority Mail Express Merchandise Insurance
Amount: 0.00

Description: PO to Addressee
Amount:

Description: Up to $100 insurance included
Amount: 0.00

Event Details

Event: DELIVERED, FRONT DESK/RECEPTION/MAIL ROOM
Date: 12/21/2022
Time: 10:09
Location: NEW YORK, NY 10004

For Further Information,
go to USPS.com

UNITED STATES POSTAL SERVICE

CONEY ISLAND
2727 MERMAID AVE
BROOKLYN, NY 11224-9997
(800)275-8777

12/20/2022     04:48

| Product | Qty | Unit Price | Pr |
|---|---|---|---|
| PM Express 1-Day | 1 | | $2 |
| Flat Rate Env | | | |
| New York, NY 10004 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Wed 12/21/2022 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| EI575722102US | | | $ |
| Insurance | | | |
| Up to $100.00 included | | | $ |
| Total | | | |
| Grand Total: | | | $ |
| Cash | | | $ |

Save this receipt as evidence of insurance ... go to ...
https ... 2-1811

... to 28777 ... standard ... You may ... tracking ...
visit ...

... view ... Packages
Sign up for FREE @
https://informeddelivery.usps.c

All sales final on stamps and po
Refunds for guaranteed services
Thank you for your business

Tell us about your experience
Go to: https://postalexperience.c
or scan this code with your mobile

or call 1-800-410-7420.

UFN: 350808-0313
Receipt #: 840-51100073-4-692085
Clerk: 14

PROOF OF MAILING



```
CONEY ISLAND
Unit #: 3508080313    ZIP Code: 11224

Date: 02/01/2023  12:34 PM

        Tracking Status
     Business Date: 02/01/2023

        Tracking Number
     EI575722102US

       Destination and Origin
Destination
ZIP Code:  10004-2207
City:      NEW YORK
State:     NY
Origin
ZIP Code:  11224-9997
City:      BROOKLYN
State:     NY

Tracking Number Classification
Class/Service: Priority Mail Express PO-Add
Class of Mail Code/Description: EX

Origin/Return/Pickup Address Info
Address:
City:
State:         ZIP Code: 11224-9997

Payment
Payment Type: 08
Payment Account Number: 000000000000
Postage: 27.90
Weight: 0 lb(s) 12.00 oz(s)
Rate Indicator: PRIORITY MAIL EXPRESS FLAT R
ATE POST OFFICE TO ADDRESSEE

        Extra Services Details

Description: Priority Mail Express Merchandi
se Insurance
Amount: 0.00

Description: PO to Addressee
Amount:

Description: Up to $100 insurance included
Amount: 0.00

           Event Details

Event: DELIVERED, FRONT DESK/RECEPTION/MAIL
ROOM
Date: 12/21/2022
Time: 10:09
Location: NEW YORK, NY 10004

       For Further Information
            go to USPS.com
```

```
                    UNITED STATES
                    POSTAL SERVICE

                  CONEY ISLAND
                 2727 MERMAID AVE
               BROOKLYN, NY 11224-9997
                   (800)275-8777
                                       04:33
12/20/2022
                              Qty   Unit    P
Product                             Price

PM Express 1-Day           1
Flat Rate Env
  New York, NY 10004
  Flat Rate
  Signature Waiver
  Scheduled Delivery Date
      Wed 12/21/2022 06:00 PM
  Money Back Guarantee
  Tracking #:
      EI575722102US
  Insurance
      Up to $100.00 included      $
Total                              $

Grand Total:                       $

Cash

    Save this receipt as evidence
    insurance...
                                go to
    https
                                2-1811

    ...

    All sales final on stamps and po
    Refunds for guaranteed services
       Thank you for your business

       Tell us about your experience
    Go to: https://postalexperience
    or scan this code with your mobil
```



```
                            or call 1-800-410-7420

UFN: 350808-0313
Receipt #: 840-51100073-4-6920855
Clerk: 14
```

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

# Proof of delivery

CHIKEZIE OTTAH

V.                    22   CV 10435

M     T     A

COMPLAIN DOCUMENT/ CLAIMS OF THE INVENTION

LITERAL AND OR DOCTRINE OF EQUIVALENT

Pro se office

| | |
|---|---|
| CHIKEZIE OTTAH | M T A |
| 648 DOROTHEA LANE, NEW YORK | 2 BROADWAY |
| 11003, USA | NEW YORK, NEW YORK |
| | 10004 |

*REmailed*

I chikezie Ottah delivered the court summon to the defendant , MTA on Thursday 2/09/2023, the express mail has been confirm by USOS as believed to the above named address shown above . confirmation is

*Ottah*

Sincerely

CHIKEZIE OTTAH

18