UNITED STATES DISTRICT COURT FOR THE SOUTHERN

  DISTRICT OF NEW YORK.


          CHIKEZIE   OTTAH


                V.                          22    CV 10435


        M         T        A


Hon. Jesse Furman


ORDER TO SEND WAIVER OF THE SERVICE OF SUMMONS TO MTA HAS BEEN COMPLETED

 Your Hon.

On Feb. 21 the court order to send a waiver of Summons to the defendant place of business and a self
address envelop was attached, as shown in the back photos. *By THE ATTACHED 3 COPIES.*

The reply is not available yet, when available I shall forward it to the court.


Sincerely    *Ottah,  2/27/23*

Chikezie Ottah


22



Ottah
2/27/23



The receipt of sent waiver, and a receipt of the 2nd sent summon received by MTA

2/27/23



This is one of the waiver of services sent the defendants today with a self address envelop

