March 10 2023
Honorable Jessy Furman
United States District Court
Southern District of New York.
200 Pearl Street,
New York, NY 10007
TO PRO SE OFFICE



Ottah V. MTA                               22 cv. 10435

## NOTICE FOR DEFAULT JUDGMENT

Your Hon.
Please permit me to apply for default judgment in this case, I respectful notice the time for the defendant to submit any kind of respond is ended. The case began on December 12, 1st Court summon was sent to the defendant head office on or before, December last year (Dec.21,2022).

On Feb.13 2023, the court issue an ORDER for a proper court summon serviced to the defendant, (MTA). The court wanted a respond that the defendant has been properly serviced before Feb. 27. I respectfully state that the court order was fully complied to by me. A detailed receipt of USPS was attached for the court. As for today no further adoption of rule 4 is requested from the court. A wavier of summon was sent to the defendant still no kind of respond from MTA.

The sanction of a default judgment is required in this case.

Thanks
Chikezie Ottah

23