```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
   CHIKEZIE OTTAH,                                                :
                                                                  :
                              Plaintiff,                          :     22-CV-10435 (JMF)
                                                                  :
                  -v-                                             :     ORDER
                                                                  :
   MTA,                                                           :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On March 17, 2023, MTA filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because Ottah is proceeding *pro se*, however, the Court will give him additional time to amend the complaint.

Accordingly, it is hereby ORDERED that Ottah shall file any amended complaint by **April 28, 2023**. If Ottah believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, he should include those facts in the amended complaint. Ottah will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Ottah does amend, by three (3) weeks after the amended complaint is filed, MTA shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If MTA files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended complaint is filed, Ottah shall serve any opposition to the motion to dismiss by **April 28, 2023**.  MTA's reply, if any, shall be served by **May 12, 2023**.

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, the Clerk of the Court is directed to mail a copy of this Order to Ottah.

SO ORDERED.

Dated: March 17, 2023
      New York, New York

                                          JESSE M. FURMAN
                                United States District Judge