# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

CHIKEZIE OTTAH,

                          Plaintiff,

  -against-                                  22 **CIVIL** 10435 (JMF)

## **JUDGMENT**

METROPOLITAN TRANSPORTATION AUTHORITY,

                          Defendant.

-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 22, 2023, the MTA's motion to dismiss must be and is GRANTED. Further, the Court declines to sua sponte grant Ottah leave to amend, as it is plain that, among other things, any amendment would be futile. See Bracewell, 2021 WL 5910065, at *11 ("Given [Ottah's] extensive history of filing unsuccesssful lawsuits relating to the same patent and involving the same or closely analogous issues to those implicated by this action, the Court does not believe that [Ottah's] pleading deficiencies are remediable by amendment."). Finally, the Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, judgment is entered for the MTA and the case is closed.

**Dated:**  New York, New York

   November 22, 2023

                    **RUBY J. KRAJICK**
                     **Clerk of Court**

            **BY:**

                     **Deputy Clerk**