# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 10435 (JMF)

-against-

**NOTICE OF APPEAL**

METROPOLITAN TRANSPORTATION AUTHORITY

_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: CHIKEZIE OTTAH

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: NOV 22, 2023
(date that judgment or order was entered on docket)

that: "TO CONSTRUE THE CLAIMS, THE COURT SAID US PATENT 840, DID NOT COVER THE DEFEND PRODUCT THE COURT WAS DIRECTED TO FIND THE MEANING OF THE WORD/TERM CONNECTION, PIVITAL CONNECTOR, AND INTERCONNECTION. THE COURT DID NOT, THEN HOW CAN THE COURT CLAIM PRECLUSION

(If the appeal is from an order, provide a brief description above of the decision in the order.)

DEC. 7 2023                              Ottah
Dated                                    Signature

OTTAH CHIKEZIE
Name (Last, First, MI)

648 DOROTHER LANE, ELMONT, N.Y. 11003
Address                    City           State        Zip Code

718 581 4539              eddyottah@yahoo.com
Telephone Number          E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

**USMS SDNY**

[SDNY Pro Se Office stamp]
2023 DEC -9 AM 11:01

From:
Charlie [illegible]
648 Dona [illegible]
Elmont, NY, 11003

To:
United States District Court
Southern District of New York
500 Pearl Street, NY, NY
10007

To the Pro Se Dept.

RECEIVED
2023 DEC -8 AM 4:03
US DISTRICT COURT SDNY