UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.



CHIKEZIE OTTAH

V.   22 CV 10435 JF

M  T  A

Motion for a relief from Judgement; with respect rule 60

Pro se office

CHIKEZIE OTTAH

648 DOROTHEA LANE, NEW YORK

11003, USA

M  T  A

2 BROADWAY

NEW YORK, NEW YORK

10004

I respectfully plead the court to return the above case into court calendar, while I patiently wait for the court reply on my application of rule 60, I had made several enquiries on the status of the case to Pro Se department office, many personal visits and equally personal phone calls for information on this very case.

Your Hon. The Pro Se office had not advise me of any decision on the case and I did not receive any letter advising me on my rule 60 submission on till my last letter to the court asking for the status of this case.

Your Hon. The rule 60, I applied and submitted evidence was to clear any reservation that patent 840 merit a legal claim of the holder and the camera, it will be an injustice if the court could not. I submit to the court, and will attach further evidence.

Respectfully

Chikezie Ottah

*Ottah*
*8/17/25*

Application DENIED. A Rule 60(b) motion must be made within a reasonable time, and here, no more than a year after the entry of the November 22, 2023 Order dismissing this case. Plaintiff's appeal from this Court's judgment was dismissed and there is nothing further to litigate. The Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate ECF No. 40 and to mail a copy of this endorsement to Plaintiff.

SO ORDERED.

August 20, 2025



Holder Platform12 ; Lens/Camera

Upper Arm 23

Lower Arm 25

Clasp 15

All terms identified in the holder are adjustable configured to suit the lens and or the camera

MEMORANDE OF LAW

this case was base in the law 35 USC 271, an infringement against the defendant, the court has adopted a marksman claim construction, meaning components or elements will be compared to each to determine if the accused product really violet the original product or the patent (Patent 840).

Legal

The claim to be constructed is US Patent 7,521 840 claim, the claim is in numeral order and attached here-to.

# Claims

1. A book holder for removable attachment, the book holder comprising:

> a book support platform, the book support platform comprising a front surface, a rear surface and a plurality of clamps, the front surface adapted for supporting a book, the plurality of clamps disposed on the front surface to engage and retain the book to the book support platform, the rear surface separated from the front surface;
> a clasp comprising a clip head, a clip body and a pair of resilient clip arms, the clip arms adjustably mounted on the clip head, the clip head attached to the clip body; and
> an arm comprising a first end and a second end and a telescoping arrangement, the clasp on the first end, the second end pivotally attached to the book support platform, the telescoping arrangement interconnecting the first end tob the second end, the clasp spaced from the book support platform wherein the book holder is removably attached and adjusted to a reading position by the telescoping arrangement axially adjusting the spaced relation between the book support platform and the clasp and the pivotal connection on the book support platform pivotally adjusting the front surface with respect to the arm.

It will be legal requirement to direct the court attention to page 6, paragraph 3, line 1 to 3. The claim numerical order in the claim of US Patent state "an arm comprising a first end and a second end and a telescoping arrangement, the clasp on the first end, the second end pivotally attached to the book support platform, the telescoping arrangement interconnecting" this is the numeral order in the claim of US Patent 840.

The claim word telescope is camera

**Mounted camera.**

**The telescope arrangement or the camera arrangement**

**The elements/component comprising**

**An arm**

**Power source**

**Enable Len/camera With sensor**

**Enable DVR app.**

**Enable LAN /WLAN/ IP/ SD card: this are connectors**

**Enable screen/TV/Lap Top/ Computer/camera/ telephone/enable radio**

**Enable zoom, Vecosx 8 channel broad band, HMDI modulator to channels to distribute HD audio video over coax with IP web remote control, full digital audio video sources real-time motion, picture, blog or stream.**

**Intrinsic Source:**

**See Fig. 1, page 1, paragraph 1, line 5 to 8**

**It state; the front surface 18 is configured to hold a book or suitable for use as a;**

~~Reading board~~

~~Writing board~~

~~Drawing board~~

~~Black board~~

~~White board~~

**Electronic board (source)**

Your Hon. All the components / elements are electronic

Your Hon. All the components / elements in the accused camera is or are electronic

5

**Another Intrinsic Support;**

See Fig. 1, page 2, paragraph 5, line 1 – 3. It states, the arm 14 comprises a first 23 end and second end 25 is a spaced from the first end 23. The second end 25 is adjustably attach to a book platform 12.

"the arm includes a telescoping arrangement 32 "

**An arm**

**Power source**

**Enable Len With sensor**

**Enable DVR app.**

**Enable LAN /WLAN/ web IP (connector/interconnector) example a bolt, or vehicle**

**Enable screen/TV/Lap Top/ Computer/camera/ telephone/enable radio**

**Enable zoom, real life audio video**

**Your Hon. All the components / elements are electronic**

**Your Hon. All the components / elements in the accused camera is or are electronic**

The defendant camera pass the marksman claim construction, comparing elements test, all features typical of the components or function of a camera is present, the defendant violet rule 271.

From

CHIKEZIE OTTAH

C.V. 10435 JF

718 581 4539

8/17/25

6



CHIKEZIE OTAH
486 DOROTHEA LANE
Elmont, N.Y. 10003

RECEIVED SOUTHERN DISTRICT OF NY
2025 AUG 17 AM 11:04

RECEIVED
AUG 1 8 2025
PRO SE OFFICE

USM P3 SDNY

TO
PRO S[E]
UNITED STATES
~~ATR~~ NEW YOR[K]
OF NEW YORK
500 PEAR[L]
N.Y. N.Y. 1[...]